422 A.2d 145

**In re Teborahe Makittia CALHOUN and Dashear Laushawn Milliken, also known as Dasheaa Milliken, minors.**

**Appeal of Latanya CALHOUN.**

Supreme Court of Pennsylvania.

Argued Sept. 24, 1980.

Decided Nov. 3, 1980.

Sylvia Denys, Neighborhood Legal Services Ass'n, Pittsburgh, for appellant.

James H. McLean, County Sol., Cheryl Allen Craig, Asst. County Sol., Pittsburgh, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM:

The Decree of the Court of Common Pleas of Allegheny County is affirmed. Each party is to pay own costs.